Certificate Number: 05781-PR-DE-041608138

Bankruptcy Case Number: 26-05005

05781-PR-DE-041608138

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 27, 2026, at 3:20 o'clock PM PDT, KAREN HAYDEE GONZALEZ CORTES completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: October 27, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President